**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Christian Diamond BYRD, a/k/a Diamond, Defendant-Appellant.**

**No. 17-6799**

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 29, 2017

Christian Diamond Byrd, Appellant Pro Se. Deborah A. Johnston, Assistant United States Attorney, Thomas Patrick Windom, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Christian Diamond Byrd appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Byrd,* No. 8:14-cr-00455-TDC-1 (D. Md. June 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*